JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ALAN WURTZEL, <br><br> Plaintiffs, <br><br> vs. <br><br> AmGUARD Insurance Company, and Does 1-10,. <br><br> Defendants. | Case No. 5:20-cv-01553-JGB-KKx <br> Assigned to: Hon. Jesus G. Bernal <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

### ORDER

Having considered the Stipulation Dismissing the Entire Action with Prejudice between Plaintiff Alan Wurtzel and Defendant AmGUARD Insurance Company, and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice, and
2. Each Party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 3, 2020

By: _____
Honorable Jesus G. Bernal
United States District Court